UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE: )
) CASE NO. 95-44570-H4-7
H. A. LOTT, INC. )
) CHAPTER 7
)
Debtor. ) ORDER FOR PAYMANT OF
) UNCLAIMED FUNDS

It appearing that a check made payable to creditor Samco Construction Spring Inc. in the amount of $3,326.71 was not charged against the bank account of the debtor H. A. Lott, Inc. within the 90 day limit and an unclaimed money report was entered on or about December 12, 2002 to close the account and transfer the moneys into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Samco Construction Spring Inc. by and through Federal Recovery, Inc. its Attorney-in-Fact, is now claiming the above monies in the Petition attached hereto,

It is ordered that the Clerk of the U.S. Bankruptcy Court pay said sum of $3,326.71 to the joint order of: Samco Construction Spring Inc. and Federal Recovery, Inc., and mail said funds to: Federal Recovery, Inc., P.O. Box 510, Novelty, OH 44072-0510.

Dated:_____

_____
UNITED STATES BANKRUPTCY JUDGE

*denied without prejudice to further application showing identity between Samco Construction and Samco Construction Spring, Inc.*

wb
9/23/03